FRANCISCO DEL MORAL, SR., et al., Copartners Doing Business as MORAL & COMPANY, Appellants, *v.* UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.

Submitted November 24, 1937; decided December 10, 1937.

*Jacob E. Heller* and *William P. Thomas* for appellants.
*Robert Gray* and *William J. McArthur* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.